Peter H. Barlow, #7808
Sade' A. Turner, #11181
STRONG & HANNI
Attorneys for Defendant
102 South 200 East, Suite 800
Salt Lake City, Utah  84111
Telephone:  (801) 532-7080
Facsimile:  (801) 596-1508
Email: pbarlow@strongandhanni.com
          sturner@strongandhanni.com

---

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### NORTHERN DIVISION

| | |
|---|---|
| KAITLYN POPE,<br><br>              Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, and DOES I-V<br>              Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No.  1:15-cv-00028-DAK<br><br>Judge:   Dale A. Kimball |

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

Pursuant to the stipulation and motion of the parties, through counsel, and good cause appearing, now, therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint and all claims contained therein or arising therefrom, are hereby dismissed, with prejudice, on the merits, the parties to bear their own respective costs and fees.

DATED this 7th day of April, 2015.

BY THE COURT:

By: _____
Honorable Dale Kimball
United States District Court Judge

APPROVED AS TO FORM:

DATED this 7th day of April, 2015.

STRONG & HANNI

By */s/ Peter H. Barlow*_____
Peter H. Barlow
Sadé A. Turner
*Attorneys for Defendant American National*

DATED this 7th day of April, 2015.

GRIDLEY, WARD & HAMILTON

By*/s/ Lindy Hamilton (with permission)*___
Lindy Hamilton
*Attorneys for Plaintiff Pope*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2015, a true and correct copy of the

foregoing Order for Dismissal with Prejudice was served by the method indicated below, to the

following:

LINDY W. HAMILTON                          (  ) U.S. Mail, Postage Prepaid
ROBERT W. GIBBONS                          (  ) Hand Delivered
GRIDLEY, WARD & HAMILTON                    (  ) Overnight Mail
Attorneys for Plaintiff                    (  ) Facsimile
635 25th Street                            (X) CM/ECF Notification
Ogden, UT 84401
*Attorneys for Plaintiff*


                                           */s/ Marsha Mann*_____

-3-